IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHEVIS C. BROCK                                                                                    PLAINTIFF

v.                                        Civil No. 6:19-cv-06038

SAINT VINCENT MEDICAL FACILITY                                                        DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed July 10, 2019, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8.)  Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 seeking compensatory damages against Defendant, Saint Vincent Medical Facility, in both its official and personal capacities. Judge Bryant recommends that Plaintiff's claims be dismissal without prejudice, because Plaintiff has not alleged facts permitting the inference that Defendant hospital was in any way a state actor.

No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*

Accordingly, Plaintiff's Complaint should be and hereby is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**, this 3rd day of September 2019.

.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE